IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR87** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **CHRISTIAN NERO COPELAND,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's unopposed motion for an extension of time until August 4, 2008, to comply with paragraph 6 of the Order on Sentencing Schedule (Filing No. 60).

IT IS ORDERED that the Defendant's motion for an extension of time to comply with paragraph 6 of the Order on Sentencing Schedule (Filing No. 60) is granted.

DATED this 1st day of August, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge