IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08CR87 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CHRISTIAN NERO COPELAND, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant Christian Nero Copeland's letter to the Office of the Clerk (Filing No. 108), which the Court will construe as a motion for copies. The Defendant requests any free pages of his sentencing transcript and Judgment on Commitment.

The Defendant indicates that he is working on filing an appeal, but does not provide information that he is entitled to receive such documents without payment. The Defendant was sentenced on August 25, 2008. No appeal was taken from the Judgment entered; therefore, no transcript was prepared of the sentencing hearing. No basis exists to waive the defendant's obligation to pay for any transcript he requests. If the Defendant wishes to purchase a transcript of his sentencing hearing held August 25, 2008, he should contact Brenda Fauber, Official Court Reporter, 111 S. 18th Plaza, Suite 3122, Omaha, NE 68102, and make financial arrangements for preparation of the transcript. The Court will provide the Defendant with a copy of his Judgment.

Accordingly,

IT IS ORDERED:

1. The Court will construe Defendant Christian Nero Copeland's letter to the Office of the Clerk (Filing No. 108) as a motion for copies; and

2. The Clerk will mail copies of this Order and the Defendant's Judgment to his last known address.

DATED this 12th day of August, 2013.

                                      BY THE COURT:

                                      s/Laurie Smith Camp
                                      Chief United States District Judge