# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR87** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **CHRISTIAN NERO COPELAND,** | ) | |
| Defendant. | ) | |

This matter is before the Court on a third party's request for a transcript (Filing No. 117).

The request for a transcript of the sentencing hearing held on August 25, 2008, is granted, provided the third party contacts Brenda Fauber, 118 S. 18th Plaza, Suite 3122, Omaha, NE 68102, and makes financial arrangements for preparation of the transcript.

IT IS ORDERED that the third party's request for a transcript (Filing No. 117) is granted under the conditions described above.

DATED this 17th day of February, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge