IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08CR87 |
| Plaintiff, | )<br>) | |
| vs. | )<br>)<br>) | MEMORANDUM<br>AND ORDER |
| CHRISTIAN NERO COPELAND, | )<br>) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's Motion to Reduce Sentence - USSC Amendment (Filing No. 115) pursuant to 18 U.S.C. §3582(c)(2) and Amendment 782. The Defendant was sentenced on August 25, 2008, and the worksheet prepared by the U.S. Probation Office in this matter indicates that the Defendant is subject to the mandatory minimum sentence imposed. Therefore,

IT IS ORDERED:

1. The Defendant's Motion to Reduce Sentence - USSC Amendment (Filing No. 115) is denied;

2. The Court finds that the Defendant is ineligible for a reduction of sentence pursuant to Sentencing Guideline Amendment 782; and

3. The Clerk of Court is ordered to mail a copy of this order to the Defendant at his last known address.

DATED this day of 27th day of April, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge